UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ASSUREDPARTNERS OF OREGON, LLC, d/b/a ALLIANCE INSURANCE GROUP & ALLIANCE SENIOR LIVING,<br><br>Plaintiff,<br><br>v.<br><br>G. SCOTT REESE, SUSAN REESE, CARL SWAN, ALEX WHIPPLE, S&S INVESTMENTS MANAGEMENT, LLC, SHANNON R. HOLT, and COBBS ALLEN CAPITAL, LLC, d/b/a CAC SPECIALTY,<br><br>Defendants. | Case No. 6:22-cv-00673-MC<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's April 17, 2023 Scheduling Order (ECF 139), the parties, by and through their respective counsel of record, respectfully submit this Joint Status Report:

1. As reported to the Court on February 22, 2023, certain of the parties have resolved their disputes, namely, Plaintiff and the "CAC Defendants" (Carl Swan, Alex Whipple, Shannon R. Holt, and Cobbs Allen Capital, LLC, d/b/a CAC Specialty). In connection with a settlement agreement, on April 21, 2023, Plaintiff and the CAC Defendants submitted Joint Motions for *Vacatur* of Court Opinion and Order of Dismissal (ECF [140]). The "Reese Defendants" (G. Scott Reese, Susan Reese, and S&S Investments Management, LLC) are preparing an opposition to that motion.

2. Plaintiff and the Reese Defendants propose that the Court schedule a Rule 16 Conference in three to four weeks but that the Court lift the discovery stay immediately. At least two business days before the conference date, Plaintiff and the Reese Defendants will confer on,

Page 1 -   JOINT STATUS REPORT

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503-552-2140 | Fax: 503-224-4518

and submit, a Proposed Case Management Schedule that identifies issues, if any, requiring the involvement of the Court. If there are no such issues, and if the Court finds the Proposed Case Management Schedule acceptable, the Rule 16 Conference can be vacated at the Court's discretion.

DATED this 24th day of April, 2023.

| | |
|---|---|
| OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. | HARRANG LONG P.C. |
| By: /s/James M. Barrett<br>James M. Barrett, OSB No. 011991<br>james.barrett@ogletree.com<br>Todd J. Kaiser, IN Atty No. 10846-49<br>todd.kaiser@ogletree.com<br>*Admitted Pro Hac Vice*<br>Attorneys for Plaintiff | By: /s/Arden J. Olson[2]<br>Arden J. Olson, OSB No. 870704<br>arden.j.olson@harrang.com<br>Julian W. Marrs<br>julian.marrs@harrang.com<br>Attorneys for Defendants G. Scott Reese, Susan Reese and S&S Investments Management LLC |
| BUCHALTER, A PROFESSIONAL CORPORRATION | STOEL RIVES LLP |
| By: /s/Leah C. Lively[1]<br>Leach C. Lively, OSB No. 962414<br>llively@buchalter.com<br>Alexandra M. Shulman, OSB No. 152784<br>ashulman@buchlter.com<br>Attorneys for Defendants Carl Swan, Alex Whipple, and Shannon R. Holt | By: /s/Karen L. O'Connor[3]<br>Karen L. O'Connor, OSB No. 953710<br>karen.oconnor@stoel.com<br>Todd A Hanchett, OSB No. 992787<br>todd.hanchett@stoel.com<br>Timothy W. Snider, OSB No. 034577<br>timothy.snider@stoel.com<br><br>William Ojile<br>Armstrong Teasdale LLP<br>bojile@armstrongteasdale.com<br>*Admitted Pro Hac Vice*<br><br>Attorneys for Defendant Cobb Allen Capital, LLC d/b/a CAC Specialty |

---

[1] Permission to file with electronic signature granted by email on April 21, 2023.
[2] Permission to file with electronic signature granted by email on April 24, 2023.
[3] Permission to file with electronic signature granted by email on April 24, 2023.

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2023, I served the foregoing **JOINT STATUS REPORT** on the parties below by electronic means through the Court's eFile and Serve system:

Arden J. Olson
Julian W. Marrs
Harrang Long Gary Rudnick P.C.
497 Oakway Road, Suite 380
Eugene, OR 97401
Tel: 541.485.0220
Email: arden.j.olson@harrang.com
Email: Julian.marrs@harrang.com

*Attorneys for Defendants, G. Scott Reese, Susan Reese and S&S Investments Management, LLC*

Karen L. O'Connor
Timothy W. Snider
Todd A Hanchett
Stoel Rives LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Email: karen.oconnor@stoel.com
Email: timothy.snider@stoel.com
Email: todd.hanchett@stoel.com

*Attorneys for Cobb Allen Capital, LLC and Bruce Denson, Jr.*

Alexandra M. Shulman
Leah C. Lively
Buchalter, A Professional Corporation
805 S.W. Broadway
Suite 1500
Portland, OR 97204
Tel: 503-226-1191
Email: ashulman@buchalter.com

*Attorneys for Defendants Carl Swan, Alex Whipple*

William Ojile
Armstrong Teasdale LLP
6400 S Fiddlers Green Circle
Suite 1820
Denver, CO 80111
Email: bojile@armstrongteasdale.com

*Attorneys for Cobb Allen Capital, LLC and Bruce Denson, Jr.*

Dated: April 24, 2023.

            */s/ James M. Barrett*
            James M. Barrett
            james.barrett@ogletree.com