James M. Barrett, OSB No. 011991
james.barrett@ogletree.com
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
222 SW Columbia Street
Suite 1500
The KOIN Center
Portland, Oregon 97201
Tel: (503) 552-2140
Fax: (503) 816-0598

Todd J. Kaiser, IN Atty No. 10846-49
todd.kaiser@ogletree.com
  *Admitted Pro Hac Vice*
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
300 North Meridian Street
Suite 2700
Indianapolis, IN 46204
Tel: (317) 916-2155
Fax: (317) 916-9076

  Attorneys for Plaintiff

Arden J. Olson, OSB No. 870704
arden.j.olson@harrang.com
Julian W. Marrs, OSB No. 154743
julian.marrs@harrang.com
Harrang Long P.C.
497 Oakway Road, Suite 380
Eugene, OR 97401
Tel: (541) 485-0220
Fax: (541) 686-6564

  Attorneys for Defendants G. Scott Reese, Susan Reese and
  S&S Investments Management, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ASSUREDPARTNERS OF OREGON, LLC, d/b/a ALLIANCE INSURANCE GROUP & ALLIANCE SENIOR LIVING,<br><br>Plaintiff,<br><br>v.<br><br>G. SCOTT REESE, SUSAN REESE, CARL SWAN, ALEX WHIPPLE, S&S INVESTMENTS MANAGEMENT, LLC, SHANNON R. HOLT, and COBBS ALLEN CAPITAL, LLC, d/b/a CAC SPECIALTY,<br><br>Defendants. | Case No. 6:22-cv-00673-MC<br><br>**JOINT STATUS REPORT** |

      Pursuant to the Court's May 11, 2023 Order (ECF 142), plaintiff AssuredPartners of Oregon, LLC, d/b/a Alliance Insurance Group & Alliance Senior Living ("AP") and the defendants G. Scott Reese, Susan Reese, and S&S Investments Management, LLC (the "Reese Defendants"), by and through their respective counsel of record, respectfully submit this Joint Status Report:

      As reported to the Court on May 1, 2023, AP and the Reese Defendants reached a settlement agreement in principle. The terms of the settlement have now been finalized. Once the Court enters the parties' Stipulated Permanent Injunction (ECF 146), the parties intend to file a stipulated notice of voluntary dismissal with prejudice under Fed. R. Civ. P. 41.

Page 1 -   JOINT STATUS REPORT

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503-552-2140 | Fax: 503-224-4518

DATED this 30th day of June, 2023.

| | |
|---|---|
| OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. | HARRANG LONG P.C. |
| By: */s/ James M. Barrett*<br>James M. Barrett, OSB No. 011991<br>james.barrett@ogletree.com<br>Todd J. Kaiser, IN Atty No. 10846-49<br>todd.kaiser@ogletree.com<br>    *Admitted Pro Hac Vice*<br>Attorneys for Plaintiff | By: */s/ Julian W. Marrs*[1]<br>Arden J. Olson, OSB No. 870704<br>arden.j.olson@harrang.com<br>Julian W. Marrs, OSB No. 154743<br>julian.marrs@harrang.com<br>    Attorneys for Defendants G. Scott Reese, Susan Reese and S&S Investments Management LLC |

51888926.v1-Ogletree

---

[1] Permission to file with electronic signature granted by email on June 30, 2023.