IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ASSUREDPARTNERS OF OREGON, LLC d/b/a ALLIANCE INSURANCE GROUP & ALLIANCE SENIOR LIVING,<br><br>    Plaintiff,<br><br>    v.<br><br>G. SCOTT REESE, SUSAN REESE, CARL SWAN, ALEX WHIPPLE, S&S INVESTMENTS MANAGEMENT, LLC, SHANNON R. HOLT, BRUCE DENSON, JR., and COBBS ALLEN CAPITAL, LLC, d/b/a CAC SPECIALTY,<br><br>    Defendants. | Case No. 6:22-cv-00673-MC<br><br>**JUDGMENT** |

**MCSHANE, District Judge**:

Based on the parties' Amended Stipulated Dismissal (ECF No. 152), the claims between Plaintiff and Defendants G. Scott Reese, Susan Reese, and S&S Investments Management, LLC (collectively, the "Reese Defendants") are dismissed with prejudice and without an award of costs or fees to either party, subject to the Reese Defendants' compliance with the Stipulated Permanent Injunction (ECF No. 148). This case is dismissed.

IT IS SO ORDERED.

DATED this 28th day of July, 2023.

                                                  /s/ Michael J. McShane
                                                    Michael McShane
                                          United States District Judge